# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIK MILES,** | : | |
| **Petitioner,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 19-CV-5243** |
| | : | |
| **MARK GARMAN,** *et al.,* | : | |
| **Respondents.** | : | |

## <u>ORDER</u>

**AND NOW**, this 30th day of September, 2020, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Thomas J. Rueter, United States Magistrate Judge to which no objections were filed, it is hereby **ORDERED** that:

1. The Report and Recommendation [Doc. 11] is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus [Doc. 1] is **DENIED**; and

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk is **DIRECTED** to mark this case closed for statistical purposes..

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**